IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 98-41158
Conference Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

SERGIO ANTONIO LASTRA-RIVERA,

Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. B-98-CR-256-1
- - - - - - - - - -

June 16, 1999

Before EMILIO M. GARZA, BENAVIDES, and PARKER, Circuit Judges.

PER CURIAM:[*]

The Federal Public Defender appointed to represent Sergio
Antonio Lastra-Rivera has moved to withdraw and filed a brief as
required by Anders v. California, 386 U.S. 738 (1967). Lastra-
Rivera has received a copy of counsel's motion and brief but has
not filed a response. Our independent review of the brief and
the record discloses no nonfrivolous issue. Accordingly,
counsel's motion to withdraw is GRANTED. Counsel is excused from

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

further responsibilities herein, and the APPEAL IS DISMISSED.

See 5TH CIR. R. 42.2.